IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH WAYNE WITT,
    Plaintiff,

vs.                                      Case No. 5:13cv285/LAC/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 25, 2014 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's Unopposed Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act (doc. 21) is **GRANTED** as follows:

Plaintiff, Kenneth Wayne Witt, shall recover fees in the amount of $4,900.00, for time expended by his counsel in representing him before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"). If Plaintiff receives all or any portion of the EAJA fee award, it shall be mailed to him in care of his attorney, Riley Louis Fenner, 220 Snow Hill Road, Appleton, ME 04862.

**DONE AND ORDERED** this 23rd day of September, 2014.

                                                  *s/L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**